Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOHN R. WILSON, *et al.*, <br><br> Plaintiff, <br> v. <br> JPMORGAN CHASE BANK, N.A., *et al.*, <br><br> Defendants. | Case No. C17-696RAJ <br><br><br><br> MINUTE ORDER |
| JOHN R. WILSON, *et al.*, <br><br> Plaintiff, <br> v. <br> QUALITY LOAN SERVICE CORP OF WASHINGTON, *et al.*,[1] <br><br> Defendants. | Case No. C17-1389RAJ |

The Clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge.

This matter comes before the Court *sua sponte*. To conserve the resources of the court and the parties, the Clerk is directed to consolidate Case No. C17-1389RAJ into Case No. C17-696RAJ. In the future, all filings must be filed in the master file, C17-696RAJ.

---

[1] The only remaining defendant under both cause numbers is JPMorgan Chase Bank, N.A.

MINUTE ORDER - 1

1  The Clerk shall enter this Minute Order in both C17-696RAJ and C17-1389RAJ and close C17-1389RAJ.

DATED this 22nd day of October, 2018.

                                          WILLIAM M. McCOOL,
                                          Clerk of the Court

                                          */s/ Tomas Hernandez*
                                          Deputy Clerk

MINUTE ORDER - 2